# UNITED STATES DISTRICT COURT
for the
District of Maryland

| | |
|---|---|
| United States of America ) | |
| v. ) | Case No. 20-1497-TJS |
| Glenda Hodges, ) ) ) ) ) | |
| *Defendant(s)* | |

___ FILED  ___ ENTERED
___ LOGGED  ___ RECEIVED

**11:34 am, Jun 09 2020**
AT BALTIMORE
CLERK, U.S. DISTRICRT COURT
DISTRICT OF MARYLAND
BY ___TTS___ Deputy

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.
On or about the date(s) of  2015 - 2016  in the county of  Prince George's  in the
_____ District of  Maryland , the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. § 1343;<br>18 U.S.C. § 1344;<br>18 U.S.C. § 2 | Wire Fraud; Bank Fraud; Aiding and Abetting |

This criminal complaint is based on these facts:

See Affidavit

☐ Continued on the attached sheet.

_____
*Complainant's signature*

SA Amy McAleese/DOJOIG
*Printed name and title*

Sworn to before me and signed in my presence.

Date: June 9, 2020 at 10:36 a.m.

_____
*Judge's signature*

City and state:  Greenbelt, Maryland     Timothy J. Sullivan, US Magistrate Judge
*Printed name and title*